UNIVERSAL AMERICAN CORP., Appellant, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Respondent.

Submitted October 20, 2014; decided October 23, 2014

Motion by United Policyholders for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge LIPPMAN taking no part.